PDF Complete
Your complimentary use period has ended.
Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

1  [TOM KASTNER, Bar No.] 858 [obscured]
2  [Email obscured] 184 [obscured]
   Email: ttk@kastnerkim.com
3  ELEANOR C. SCHUERMANN, Bar No. 161993
   Email: ecs@kastnerkim.com
4  KASTNER KIM LLP
   700 E. El Camino Real, Suite 230
5  Mountain View, California  94040
   Telephone:   650.967.7854
6  Facsimile:   650.386.1885

7  Attorneys for Plaintiff
   DAVID MORDAUNT, Ph.D.
8

9  MARGARET ROSENTHAL, Bar No. 147501
   mrosenthal@bakerlaw.com
10 DAWN KENNEDY, Bar No. 252406
   dkennedy@bakerlaw.com
11 DIAMOND M. HICKS, Bar No. 287300
   dhicks@bakerlaw.com
12 BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
13 Los Angeles, California  90025-7120
   Telephone:   310.820.8800
14 Facsimile:   310.820.8859

15 Attorneys for Defendant
   BAUSCH & LOMB, INCORPORATED
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| DAVID MORDAUNT, Ph.D., | Case No. CV 13 2026 RMW |
| Plaintiff, | [] ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO TRANSFER AND TO CONTINUE CASE MANAGEMENT CONFERENCE DATE |
| v. | |
| BAUSCH & LOMB, INC., and DOES 1-25, | Time:  9:00 a.m.<br>Date:  September 20, 2013<br>Dept.: 6<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | Action filed:  April 8, 2013<br>Removed to Federal Court:  May 2, 2013 |

## ORDER

The Court considered the Joint Stipulation of Plaintiff David Mordaunt ("Plaintiff") and Defendant Bausch & Lomb, Inc. ("Defendant") to continue hearing dates based on the stipulation between the parties. Good cause having been shown, it is hereby ordered that:

1. The September 20, 2013 hearing date for Defendant's Motion to Transfer shall be continued to November 15, 2013 in order to allow Plaintiff to take Rule 30(b) corporate deposition as to venue issues tentatively scheduled for October 14, 2013.

2. The Case Management Conference currently scheduled for September 20, 2013 shall be continued to November 15, 2013

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                    *Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
JUDGE OF THE US DISTRICT COURT